

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00349-CV

International Insurance Company of Hannover SE as Subrogee to Association of United States Postal Lessors

v.

Wal-Mart Stores, Inc., Wal-Mart Stores Texas, L.P., and Wal-Mart Associates, Inc.

On Appeal from the
105th District Court of Nueces County, Texas
Trial Cause No. 2015DCV-1631-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant, International Insurance Company of Hannover SE as Subrogee to Association of United States Postal Lessors.

We further order this decision certified below for observance.

August 2, 2018